FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MAY 2 4 2018

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| JESSE J. BOHANNON, | ) |
| Defendant. | ) |

4:18CR00433 CDP/NAB

## INDICTMENT

### COUNT ONE

On or about April 24, 2018, in the City of St. Louis, within the Eastern District of Missouri, the defendant,

**JESSE J. BOHANNON,**

knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of Tetrahydrocannibol, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

### FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 18, United States Code, Sections 853, upon conviction of an offense in violation of Title 18, United States Code, Sections 841 as set forth in Count One, the defendant

shall forfeit to the United States of America any property constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
JENNIFER J. ROY, #47203MO
Assistant United States Attorney